IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLIFFORD SKINNER** <br><br> v. <br><br> **ANNA HADLOCK** | **CIVIL ACTION NO. 2:22-cv-3087-MMB** |
| **ANNA HADLOCK** <br><br> v. <br><br> **MINCEY FITZPATRICK ROSS LLC & CLIFFORD SKINNER** | **CIVIL ACTION NO. 2:23-cv-1870-MMB** |

**ORDER**

**AND NOW**, this 26th day of February, 2024, upon consideration of Ms. Hadlock's Motion to Dismiss Less Than All Defendants Pursuant to Fed. R. Civ. P. 41 (ECF 51)[1], and Defendants Mincey Fitzpatrick Ross, LLC ("MFR") and Clifford Skinner's Response in Opposition (ECF 58), and Ms. Hadlock's Reply (ECF 60). MFR does not object to dismissal but requests the Court impose attorneys' fees and costs on Ms. Hadlock, which Ms. Hadlock opposes.

It is hereby **ORDERED** that Ms. Hadlock's Motion is **GRANTED**. Defendant Mincey Fitzpatrick Ross, LLC is **DISMISSED** with prejudice pursuant to F. R. Civ. P. 41(a)(2). It is further **ORDERED** that Mincey Fitzpatrick Ross, LLC's request for attorneys' fees and costs is **DENIED**, because there is no showing supporting imposition of attorneys' fees and costs.

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-3087 Skinner v. Hadlock\22cv3087 and 23cv1870 Motion to Dismiss Less Than All Defendants.doc

---

[1] All ECF citations correspond to Hadlock v. Mincey Fitzpatrick Ross & Clifford Skinner, 23-cv-1870.