What happens if the jury can not come to a unanimous decision on the malicious prosecution?

*[signature]*