IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CLIFFORD SKINNER | CIVIL ACTION |
|---|---|
| v. | NO. 22-3087 |
| ANNA HADLOCK | |
| ANNA HADLOCK | CIVIL ACTION |
| v. | NO. 23-1870 |
| MINCEY FITZPATRICK ROSS LLC, CLIFFORD SKINNER | |

## ORDER RE: MOTION FOR A NEW TRIAL

AND NOW this 1st day of July 2026, upon consideration of Hadlock's Motion for a New Trial (ECF 175), Skinner's Response in Opposition (ECF 178), and Hadlock's Reply (ECF 182), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Hadlock's Motion (ECF 175) is **DENIED**.

BY THE COURT:

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 22\22-3087 Skinner v. Hadlock\22cv3087 order re Motion New Trial .docx